[No. 43295-8-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. H.S.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04196-1, Patricia Clark, J., entered August 27, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 43796-8-I.    Division One.    June 1, 1999.]

*In the Matter of* ZADDIAN HANKEE.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-8-00872-3, Charles Snyder, J. Pro Tem., entered December 9, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43971-5-I.    Division One.    June 1, 1999.]

TIMOTHY CANADA, *Appellant*, v. HORIZON AIRLINES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-30251-1, Harriett M. Cody, J., entered October 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 44093-4-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD L. DORAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00800-1, Michael F. Moynihan, J., entered October 8, 1998. *Reversed* by unpublished per curiam opinion.